O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA HUNT, | ) Case No. : 2:22-cv-02594-RSWL-KES |
| Plaintiff, | ) |
| | ) ORDER ACCEPTING REPORT |
| v. | ) AND RECOMMENDATION OF |
| | ) U.S. MAGISTRATE JUDGE |
| SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 13).  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.  The Court accepts the findings, conclusions, and recommendations of the U.S. Magistrate Judge.

/ / /

/ / /

/ / /

/ / /

     IT IS THEREFORE ORDERED that a Judgment be entered dismissing this action without prejudice for lack of jurisdiction.

Dated: July 21, 2022           /S/ RONALD S.W. LEW
                                          RONALD S.W. LEW
                                          United States District Judge