JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONYA HUNT, | ) | Case No. : 2:22-cv-02594-RSWL-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY ADJUDGED that, pursuant to the Order Accepting Report and Recommendation of the U.S. Magistrate Judge, this action is dismissed without prejudice for lack of jurisdiction.

Dated:  July 21, 2022          ___*/S/ RONALD S.W. LEW*_____
                              RONALD S.W. LEW
                              United States District Judge